AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**SEALED**

| United States of America | ) | |
| v. | ) | |
| JONATHAN KENNEDY | ) | Case No. 2:22-mj-00084 |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 30, 2022__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) & 924(a)(2) | Prohibited person in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dalton Holcomb, Detective CPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/01/2022

_____
Judge's signature

City and state: Charleston, WV     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT



STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, to-wit:

I, Dalton Holcomb, being first duly sworn, do hereby depose and state as follows:

1. I am currently employed by the Charleston Police Department and assigned to the Criminal Investigations Division (CID). I have been a Charleston Police Officer since March 2018.

2. This affidavit is made in support of a criminal complaint charging JONATHAN KENNEDY ("KENNEDY") with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The information set forth in this affidavit is based upon the reports and investigation of other officers, as well as my own personal investigation and observations. This affidavit does not contain each fact known to other officers and me but does set forth facts sufficient to establish probable cause for the charged offense.

3. On or about June 30, 2022, officers with the Charleston Police Department were dispatched to the area of 219 Leon Sullivan Way, Charleston, Kanawha County, West Virginia, for a shots fired call. Upon arrival, officers observed that there were bullet holes in the front of Jet Life Apparel at 216 Leon Sullivan Way, Charleston, West Virginia. Officers secured the Jet Life Apparel building and secured a search warrant for the store's recording system. Upon obtaining the security footage, officers observed KENNEDY running across the store in response to what officers believe to be an altercation outside. KENNEDY is holding a Dickson 12 gage shotgun with a magazine drum as he crosses the store floor point in the direction of street.

4. A criminal record search revealed that KENNEDY was convicted on or about December 3, 2014, in the United States District Court for the Southern District of West Virginia of interstate travel in aid of drug trafficking and use of a communication facility in furtherance of an unlawful act in Criminal No. 2:14-cr-00128, which were both punishable by a term of imprisonment exceeding one year

5. Criminal records further revealed that on or about July 8, 2014, KENNEDY pled guilty to the aforementioned felony offense. Thus, at the time KENNEDY possessed the above-listed firearm, he knew that he had previously been convicted in a court of crimes punishable by imprisonment exceeding one year.

6. I know that the firearms listed above are not manufactured within the state of West Virginia and, therefore, has traveled in interstate commerce.

Further your affiant sayeth naught.

_____
Dalton Holcomb, Detective CPD

Sworn to by the affiant telephonically in accordance with the procedures of Rule 4.1 this 1st day of July 2022.

_____
DWANE L. TINSLEY
United States Magistrate Judge